IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:17-CR-122-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| BRENT DELQUAY BLANDSHAW, | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Defendant's Motion for Downward Departure or Variance and Incorporated Memorandum of Law, Docket Entry Number 38, filed on June 4, 2018, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Downward Departure or Variance and Incorporated Memorandum of Law, Docket Entry Number 38, be sealed.

This __5__ day of __June__, 2018.

THE HONORABLE JAMES C. DEVER, III
Chief United States District Court Judge